UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID OLSEN,

       Petitioner,

Case No. 1:08-cv-1011

v.

HONORABLE PAUL L. MALONEY

BLAINE LAFLER,

       Respondent.
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and dismissing the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date: March 30, 2011                          /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       Chief United States District Judge